UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

Civil Action No. 15-14-HRW

SEAN KELLER,                                                              PLAINTIFF,


v.                                              **ORDER**


ROBERT W. WILKE, Individually
and in his Official Capacity as
a corrections officer with
Little Sandy Correctional Complex,                              DEFENDANT.


     Sean Keller (Keller), a prisoner housed at Little Sandy Correctional Complex (LSCC), has filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against Robert W. Wike (Wike), both individually and in Wike's official capacity as a corrections officer while employed at LSCC.

     The undersigned  referred this matter to Magistrate Judge Edward B. Atkins for screening pursuant to 28 U.S.C. § 1915A.  Magistrate Judge Atkins recommends that the allegations in Keller's Complaint relating to any monetary claims for relief against Wike in his official capacity warrant dismissal; however, the allegations in Keller's Complaint against Wike acting in his individual capacity, or those seeking declaratory relief in his official capacity, do not warrant dismissal.

     No objections to the Magistrate's recommendation have been filed and the time for doing so has passed.

Accordingly, **IT IS HEREBY ORDERED** that the allegations in Keller's Complaint relating to any monetary claims against Wike in his official capacity will be **DISMISSED WITH PREJUDICE.**

This 13th day of November, 2015.



Signed By:
_Henry R. Wilholt, Jr._
United States District Judge